NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNILOC USA, INC., UNILOC LUXEMBOURG S.A.,**
*Plaintiffs-Appellants*

**v.**

**E-MDS, INC., A DELAWARE CORPORATION,
MERIDIANEMR, INC., HEALTHTRONICS, INC.,
ENDO HEALTH SOLUTIONS INC., ALTARIS
CAPITAL PARTNERS LLC, MEDHOST,
INC., COMPUTER PROGRAMS AND SYSTEMS,
INC., E-MDS, INC., A TEXAS
CORPORATION, HEALTHTRONICS
INFORMATION TECHNOLOGY SOLUTIONS, INC.,
AMERISOURCEBERGEN CORPORATION,
AMERISOURCEBERGEN HOLDING
CORPORATION, INTUITIVE MEDICAL
SOFTWARE, LLC, ALTARIS HEALTH
PARTNERS II, L.P., ALTARIS HEALTH PARTNERS
III, L.P., AHP-HT II ACQUISITION
COMPANY, LLC, AHP-HT III ACQUISITION
COMPANY, LLC, INTERNATIONAL
ONCOLOGY NETWORK SOLUTIONS, INC.,
SIEMENS MEDICAL SOLUTIONS USA,
INC., AMERISOURCEBERGEN SPECIALTY
GROUP, INC., VISTA EQUITY
PARTNERS FUND IV, LIGHTNING ACQUISITION,
LLC, EPIC HOSTING, LLC, EPIC
SYSTEMS CORPORATION, CERNER HEALTH
SERVICES, INC., GENERAL**

**ELECTRIC COMPANY, DBA GE HEALTHCARE, ALLSCRIPTS HEALTHCARE SOLUTIONS, INC., CERNER CORPORATION, LIGHTNING HOLDINGS, LLC, GREENWAY HEALTH, INC., GREENWAY HEALTH, LLC, GREENWAY MEDICAL TECHNOLOGIES, INC.,**
*Defendants*

————————————

2018-1893

————————————

Appeal from the United States District Court for the Eastern District of Texas in No. 6:14-cv-00625-RWS, Judge Robert Schroeder, III.

————————————

Decided: February 8, 2019

————————————

BRETT MANGRUM, Etheridge Law Group, Southlake, TX, argued for plaintiff-appellant. Also represented by RYAN LOVELESS, JIM ETHERIDGE.

————————————

Before MOORE, WALLACH, and HUGHES, *Circuit Judges.*

PER CURIAM.

Plaintiffs-Appellants sued Defendants for infringement of U.S. Patent Nos. 5,628,526 and 5,715,451. Defendants moved to dismiss on ineligibility grounds, and the district court partially granted this motion. Plaintiffs-Appellants and Defendants subsequently settled their dispute and jointly stipulated to dismissal of the case. Plaintiffs-Appellants did not reserve the right to appeal. Accordingly, we dismiss this appeal for mootness pursuant to *Aqua Marine Supply v. AIM Machining, Inc.*, 247 F.3d 1216, 1218–20 (Fed. Cir. 2001).

**DISMISSED**